SUCCESSION OF Richard E. O'KREPKI

Bruce A. O'Krepki, Independent Executir of the Succession of Richard E. O'Krepki

v.

Penelope Brodtmann O'Krepki

NO. 2016-C-1202

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. O, No. 742-430 C/W 749-364; to the Court of Appeal, Fifth Circuit, No. 16-CA-50 C/W 16-CA-51

Denied.

A. Claude CUTITTO

v.

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, et al.

NO. 2016-CC-1204

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. C, No. 2013-07644; to the Court of Appeal, Fourth Circuit, No. 2016-C-0410;

Denied.

Jac K. BARNETT

v.

Melisa D. BARNETT

NO. 2016-C-1205

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. M, No. 732-788; to the Court of Appeal, Fifth Circuit, No. 15-CA-766

Denied.